TASHA PARIS CHALFANT, SBN 207055
Attorney at Law
5701 Lonetree Blvd., Suite 312
Rocklin, California 95765
Telephone: (916) 444-6100
Fax: (916) 930-6093
E-Mail: tashachalfant@gmail.com

Attorney for Defendant
GEORGE FRANCO

# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:19-MJ-0073 AC |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE** |
| v. | |
| GEORGE FRANCO, | |
| Defendant. | |

  Mr. GEORGE FRANCO was released on conditions in May 2019 from the Central District, to which the Eastern District later concurred, and is supervised by the Pretrial Services Agency. After consultation with Assistant United States Attorney Grant Rabenn and Pretrial Services Officer Melissa Haberer, the defense requests and the government does not oppose, that Mr. FRANCO's conditions of pretrial release be modified as follows.

  <u>ADD</u> a drug treatment condition. Specifically, it should read:

  "You must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You must pay all or part of the costs of counseling services based upon your ability to pay, as determined by the pretrial services officer."

  All other conditions remain in full force and effect.

Respectfully submitted,

Dated: July 2, 2019                          /s/Tasha Paris Chalfant
                                             TASHA PARIS CHALFANT
                                             Attorney for Defendant
                                             GEORGE FRANCO

Dated: July 2, 2019                          /s/ Tasha Paris Chalfant for
                                             GRANT RABENN
                                             Assistant United States Attorney
                                             Counsel for Plaintiff

# ORDER

IT IS SO ORDERED.

Dated: July 2, 2019

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE