1  PHILLIP A. TALBERT
   Acting United States Attorney
2  SAM STEFANKI
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2700
   Facsimile:   (916) 554-2900
5
6  Attorneys for Plaintiff
   United States of America
7
8              IN THE UNITED STATES DISTRICT COURT
9              EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,              CASE NO.  2:19-MJ-00073-AC
12                    Plaintiff,           **ORDER EXTENDING TIME FOR
                                           PRELIMINARY HEARING PURSUANT TO
13              v.                         RULE 5.1(d) AND EXCLUDING TIME**
14  GEORGE FRANCO,                         DATE: December 17, 2021
                                           TIME: 2:00 p.m.
15                    Defendant.           COURT: Hon. Deborah Barnes
16
17
18         The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing
19  Pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter on December 15, 2021.
20  The Court hereby finds that the Stipulation, which the Court incorporates by reference into this Order,
21  demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule
22  5.1(d) of the Federal Rules of Criminal Procedure.
23         Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests
24  of justice served by granting this continuance outweigh the best interests of the public and the defendant
25  in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).  The Court further finds that the extension of time would
26  not adversely affect the public interest in the prompt disposition of criminal cases.
27  ///
28  ///

ORDER                              1

THEREFORE, FOR GOOD CAUSE SHOWN:

1.      The date of the preliminary hearing is **EXTENDED** to **December 29, 2021**, **at 2:00 PM**.

2.      The time between December 17, 2021, and December 29, 2021, shall be excluded from calculation pursuant to 18 U.S.C. § 3161(h)(7)(A).

3.      The defendant shall appear at that date and time before the Magistrate Judge on duty.


IT IS SO ORDERED.


Dated: December 16, 2021                          /s/ Deborah Barnes
                                                 _____
                                                 DEBORAH BARNES
                                                 UNITED STATES MAGISTRATE JUDGE