PHILLIP A. TALBERT
United States Attorney
SAM STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GEORGE FRANCO,<br><br>Defendant. | CASE NO. 2:21-CR-00244-JAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and defendant George Franco, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this case had been set for status before the Honorable Kimberly J. Mueller on January 24, 2022, with time excluded under the Speedy Trial Act through that date. *See* ECF No. 74. The Court recently related this case to other pending matters, reassigned the case to the Honorable John A. Mendez, and vacated all hearing dates previously set. ECF No. 79.

2. By this stipulation, the defendant now moves to set a status conference for April 26, 2022 at 9:30 a.m., and to exclude time between January 24, 2022, and April 26, 2022, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes thousands of pages of documents, investigatory materials, information and data downloaded from dark web sites, and surveillance records. All of this discovery has been either

produced directly to counsel and/or made available for inspection and copying. The parties are also actively negotiating a potential resolution to the case.

  b) Counsel for the defendant desires additional time to consult with her client, review the current charges, conduct investigation and research related to the charges, review and copy discovery, discuss potential resolutions with her client and government counsel, and otherwise prepare for trial.

  c) Counsel for the defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  d) The government does not object to the continuance.

  e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 24, 2022, to April 26, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: January 7, 2022　　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　/s/ SAM STEFANKI
　　　　　　　　　　　　　　　　　　　　SAM STEFANKI
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

Dated: January 7, 2022　　　　　　　　　　/s/ TASHA CHALFANT
　　　　　　　　　　　　　　　　　　　　TASHA CHALFANT
　　　　　　　　　　　　　　　　　　　　Counsel for Defendant
　　　　　　　　　　　　　　　　　　　　GEORGE FRANCO

### ORDER

IT IS SO FOUND AND ORDERED this 10th day of January, 2022.

　　　　　　　　　　　　　　　　　　　　/s/ John A. Mendez
　　　　　　　　　　　　　　　　　　　　THE HONORABLE JOHN A. MENDEZ
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE