PHILLIP A. TALBERT
United States Attorney
SAM STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:21-CR-00244-JAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING SENTENCING; ORDER |
| v. | |
| GEORGE FRANCO, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on August 2, 2022.

2. By this stipulation, the defendant now moves to reset the matter for sentencing on November 8, 2022, at 9:30 a.m., and to reset the following deadlines:

   a) Any informal objections to the draft Presentence Investigation Report ("PSR") shall be submitted to the assigned probation officer and opposing counsel on or before October 11, 2022;

   b) The final PSR shall be filed on or before October 18, 2022;

   c) Any motions for correction of the PSR shall be filed on or before October 25, 2022;

d)   Oppositions to any such motions for correction of the PSR shall be filed on or before November 1, 2022.

3.   Counsel for the government and counsel for the defendant conferred with the assigned probation officer regarding this proposed sentencing schedule.

IT IS SO STIPULATED.

Dated:  July 28, 2022

PHILLIP A. TALBERT
United States Attorney

/s/ SAM STEFANKI
SAM STEFANKI
Assistant United States Attorney

Dated:  July 28, 2022

/s/ TASHA CHALFANT
TASHA CHALFANT
Counsel for Defendant
GEORGE FRANCO

## ORDER

The judgment and sentencing hearing in this matter is hereby RESET for November 8, 2022, at 9:30 a.m.  The Court hereby ADOPTS the schedule set forth in the parties' stipulation.

IT IS SO ORDERED.

Dated: July 28, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE