1  PHILLIP A. TALBERT
   United States Attorney
2  SAM STEFANKI
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2700
   Facsimile:   (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          CASE NO.  2:21-CR-00244-JAM

12                      Plaintiff,     STIPULATION REGARDING SENTENCING;
                                       ORDER
13              v.

14  GEORGE FRANCO,

15                      Defendant.

16

17                          **STIPULATION**

18       Plaintiff United States of America (the "government"), by and through its counsel of record, and

19  the defendant, by and through his counsel of record, hereby stipulate as follows:

20       1.      By previous order, this matter was set for sentencing on November 8, 2022.

21       2.      By this stipulation, the defendant now moves to reset the matter for sentencing on March

22  7, 2023, at 9:00 a.m., and to reset the following deadlines:

23              a)      The draft Presentence Investigation Report ("PSR") shall be disclosed to the

24       parties on or before January 17, 2023;

25              b)      Any informal objections to the draft Presentence Investigation Report ("PSR")

26       shall be submitted to the assigned probation officer and opposing counsel on or before February

27       7, 2023;

28              c)      The final PSR shall be filed on or before February 14, 2023;

STIPULATION REGARDING SENTENCING          1

1    d)    Any motions for correction of the PSR shall be filed on or before February 21,

2  2023;

3    e)    Oppositions to any such motions for correction of the PSR shall be filed on or

4  before February 28, 2023.

5    3.    Counsel for the government and counsel for the defendant conferred with the assigned

6  probation officer regarding this proposed sentencing schedule.

7    IT IS SO STIPULATED.

8

9  Dated:  November 2, 2022              PHILLIP A. TALBERT
                                        United States Attorney
10

11                                       /s/ SAM STEFANKI
                                        SAM STEFANKI
12                                       Assistant United States Attorney

13

14

15  Dated:  November 2, 2022             /s/ TASHA CHALFANT
                                        TASHA CHALFANT
16                                       Counsel for Defendant
                                        GEORGE FRANCO
17

18

19

20                                  **ORDER**

21    The judgment and sentencing hearing in this matter is hereby RESET for March 7, 2023, at 9:00

22  a.m.  The Court hereby ADOPTS the schedule set forth in the parties' stipulation.

23

24    IT IS SO ORDERED.

25

26                                       /s/ John A. Mendez
                                        THE HONORABLE JOHN A. MENDEZ
27                                       SENIOR UNITED STATES DISTRICT JUDGE

28

STIPULATION REGARDING SENTENCING        2