TASHA PARIS CHALFANT (SBN 207055)
THE LAW OFFICE OF TASHA PARIS CHALFANT
5701 Lonetree Blvd., Suite 312
Rocklin, California 95765
Tel. (916) 444-6100
Fax (916) 930-6093
E-mail: tashachalfant@gmail.com

Attorney for Defendant
GEORGE FRANCO

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:21-cr-00244 JAM |
| Plaintiff, | **STIPULATION TO CONTINUE JUDGMENT AND SENTENCING, NEW DISCLOSURE DATES; FINDINGS AND ORDER** |
| v. | |
| GEORGE FRANCO, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record Assistant United States Attorney SAM STEFANKI, and the Defendant, GEORGE FRANCO, by and through his counsel of record TASHA PARIS CHALFANT, hereby stipulate and request that the Court make the following findings and Order as follows:

1. By previous order, this matter was set for judgment and sentencing on September 26, 2023.

2. By this stipulation, the defendant now moves to continue the judgment and sentencing until November 14, 2023. We also agree to set new disclosure dates. Plaintiff does not oppose this request and neither does probation.

STIPULATION AND ORDER FOR CONTINUANCE OF JUDGMENT AND SENTENCING

AND NEW DISCLOSURE DATES

1

3. The parties agree and stipulate, and request that the Court find the following:

a. At the change of plea hearing, the government and defense counsel agreed upon a sentencing date. Due to various issues with co-defendants, the sentencing was continued for the defendant to September 26, 2023. The draft PSR was recently filed and defense counsel needs additional time to obtain and verify information. Defense counsel, the government and probation have all discussed the mutually agreeable date for sentencing as well as new disclosure dates:

| | |
|---|---|
| Judgment and Sentencing: | 11/14/23 |
| Reply, or Statement of Non-Opposition: | 11/07/23 |
| Formal Objections to the Pre-sentence report: | 10/31/23 |
| Final Pre-sentence report: | 10/24/23 |
| Informal Objections to the Pre-sentence report: | 10/17/23 |

b. Counsel for the defendant desires additional time to prepare for judgement and sentencing.

c. The government does not object to the continuance and neither does probation.

All counsel has reviewed this proposed order and authorized Tasha Paris Chalfant to sign it on their behalf.

IT IS SO STIPULATED.

Dated:  September 6, 2023        by:    /s/Tasha Chalfant for
                                         SAM STEFANKI
                                         Assistant U.S. Attorney
                                         Attorney for Plaintiff

Dated:  September 6, 2023        by:    /s/Tasha Chalfant
                                         TASHA CHALFANT
                                         Attorney for Defendant
                                         GEORGE FRANCO

STIPULATION AND ORDER FOR CONTINUANCE OF JUDGMENT AND SENTENCING
AND NEW DISCLOSURE DATES

# O R D E R

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

The Court orders that the presently set September 26, 2023, judgment and sentencing shall be continued to November 14, 2023, at 9:30 a.m. The Court also orders the following disclosure deadlines:

| | |
|---|---|
| Judgment and Sentencing: | **11/14/2023, at 09:00 a.m**. |
| Reply, or Statement of Non-Opposition: | 11/07/2023 |
| Formal Objections to the Pre-sentence report: | 10/31/2023 |
| Final Pre-sentence report: | 10/24/2023 |
| Informal Objections to the Pre-sentence report: | 10/17/2023 |

IT IS SO FOUND AND ORDERED.

Dated: September 06, 2023      /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE